UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS\

MBD NO. 11-91131-GAO

IN RE:  RICHARD S. WEISS

**<u>ORDER</u>**
June 15, 2011

O'TOOLE, D.J.

On April 20, 2011, the Supreme Judicial Court for Suffolk County ordered that effective
30 days thereafter respondent, Richard S. Weiss, be suspended from the practice of law in the
Commonwealth of Massachusetts for a period of one year and one day.

On May 26, 2011, in accordance with Local Rule 83.6, this court gave notice to
respondent of the filing in this court of a certified copy of the judgment and order of the Supreme
Judicial Court and ordered respondent to show cause, within 30 days, why the imposition of
identical discipline by this court would be unwarranted, the reasons therefor, and whether he
requested a hearing.

Respondent filed a Memorandum to Show Cause and requested a hearing.

Accordingly, it is ORDERED:

1. That a non-evidentiary hearing will be held on July 8, 2011, at 11:00 a.m. Each side
   will have 15 minutes to argue.

2. In accordance with Local Rules 83.6(2)(F) and 83.6(9), the court appoints bar counsel
   for the Commonwealth of Massachusetts to prosecute the disciplinary proceedings.

3.  If either Bar Counsel or the Respondent wish to rely on further written submissions, those matters must be filed no later than July 1, 2011.


                                  __/s/ George A. O'Toole, Jr.__
                                  United States District Judge