UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MISCELLANEOUS BUSINESS DOCKET NO. 11-91131-GAO

IN RE: RICHARD S. WEISS

MEMORANDUM AND ORDER
July 14, 2011

O'TOOLE, D.J.

On April 20, 2011, the Supreme Judicial Court of Massachusetts ordered that, effective thirty days thereafter, Richard S. Weiss be suspended from the practice of law in the Commonwealth of Massachusetts for a period of one year and one day.

On May 26, 2011, pursuant to Local Rule 83.6(2)(B), the Clerk of Court for the District of Massachusetts notified Weiss of the filing in this court of a certified copy of the order of suspension and ordered him to show cause why the imposition of identical discipline by this court would be unwarranted. Pursuant to subsections (2)(F) and (9)(A) of the Rule, this court appointed Bar Counsel to prosecute the proceedings. On June 3, 2011, Weiss filed a memorandum to show cause and requested a hearing on the matter. On June 15, 2011, this court scheduled a hearing for July 8, 2011 and notified Weiss by electronic mail. On June 29, 2011, Bar Counsel filed a response to Weiss's show cause memorandum. On July 8, 2011, Weiss failed to appear for the scheduled hearing.

Upon consideration then of the parties' submissions, I find that the imposition of identical discipline is warranted and appropriate, and pursuant to Local Rule 83.6(2)(D), hereby order that Richard S. Weiss be subject to discipline in the District of Massachusetts identical to that imposed by the Commonwealth of Massachusetts in the Supreme Judicial Court's April 20, 2011 Order of Term Suspension.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge